

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-23-00350-CV

**DEE SIREK,**

**Appellant**

 **v.**

**SOUTHWESTERN CORRECTIONAL, LLC
D/B/A LASALLE CORRECTIONS, LLC,**

**Appellees**

_____

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. DC-C202100256

_____

## MEMORANDUM OPINION

_____

Appellant, Dee Sirek, filed a notice of appeal in this Court on November 6, 2023. On December 5, 2023, and again on January 8, 2023, we received notice from the Johnson County Clerk's Office stating that the Clerk has not received payment for the clerk's record.

On February 13, 2024, we notified Appellant that, if he desires to proceed with this appeal, he must pay or make arrangements to pay the clerk's fee and notify this Court of

the actions taken within twenty-one days after the date of the letter. We warned that the failure to do so could result in dismissal of the appeal for want of prosecution. More than twenty-one days have passed since our February 13, 2024 letter, and we have not received any response from Appellant regarding the Clerk's Record.

If an appellant fails to pay or make arrangements to pay the clerk's fee for preparation of the record, this Court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). To date, the record does not reflect that Appellant has paid or arranged to pay for the Clerk's Record or that Appellant is entitled to proceed without payment of costs.

Therefore, we dismiss this appeal for want of prosecution.


                                        STEVE SMITH
                                        Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion issued and filed March 21, 2024
[CV06]



Sirek v. Southwestern Correctional, LLC d/b/a LaSalle Corrections, LLC                    Page 2